

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00238-CV

**CC&T ENTERPRISES, LLC,**
Appellant

v.

**THE TEXAS 1031 EXCHANGE COMPANY,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-484
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The trial court clerk's request for an extension of time to file the clerk's record is GRANTED. The clerk's record is due on or before **September 9, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court